UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD PEREZ,

                        Plaintiff,                    **24 Civ. No. 705 (VSB)**

        -against-                        **<u>TELEPHONE CONFERENCE
ORDER</u>**

UNITED PARCEL SERVICE, INC., and
KERITH RASHFORD,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **<u>Wednesday, March 27, 2024 at 2:00 p.m.</u>** to discuss the referral of this matter to the undersigned for settlement.  (Dkt. No. 11). The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 218 191 042#**

      SO ORDERED.

DATED:    New York, New York
               March 22, 2024

                                                              _____
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge