UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD PEREZ,

                            Plaintiff,                  **24 Civ. No. 0705 (VSB)**

        -against-                               **SETTLEMENT STATUS**
                                                            **CONFERENCE ORDER**

UNITED PARCEL SERVICE, INC. and
KERITH RASHFORD,

                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court conducted a Pre-Settlement Conference Call with the parties on March 27, 2024. It was agreed that holding a settlement conference before the parties had substantially completed discovery would be premature. The deadline for fact discovery expired on September 11, 2024. (Dkt. No. 12). Accordingly, this action is scheduled for a Settlement Status Conference Call on **Thursday, September 26, 2024 at 3:30 p.m.**, to discuss the desirability and timing of a potential settlement conference. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 193 583 01#.**

      SO ORDERED.

DATED:    New York, New York
                 September 17, 2024

                                                      _____
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge