UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD PEREZ,

                          Plaintiff,                    24 Civ. No. 0705 (VSB)

      -against-

                                                    **ORDER SCHEDULING**
UNITED PARCEL SERVICE, INC. and          **SETTLEMENT CONFERENCE**
KERITH RASHFORD,

                          Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **Thursday, November 21, 2024 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Thursday, November 14, 2024**.

       **SO ORDERED.**

DATED:     New York, New York
               September 26, 2024

                                                       _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge