UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDWARD PEREZ,                                              :
:
Plaintiff,                 :
:                    24-CV-705 (VSB)
-against-                                :
:                    **ORDER**
:
UNITED PARCEL SERVICE, INC. *and*          :
KERITH RASHFORD,                                           :
:
Defendants.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Pursuant to the Case Management Plan and Scheduling Order entered in this case, (Doc. 22), there is a telephonic post-discovery conference scheduled for February 24, 2025 at 2:00 pm. The parties were supposed to submit a joint letter updating the Court on the status of the case by February 12, 2025. (*See id.*) To date, no such letter has been submitted.

As the joint letter from the parties is a necessary predicate to the post-discovery conference, the conference currently scheduled for February 24, 2025 is adjourned to March 20, 2025 at 2 pm. The deadline for the parties to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes, is hereby extended to March 13, 2025. If the parties fail to submit the required letter by March 13, 2025 or request an extension by that deadline, I may dismiss the action for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      February 20, 2025
               New York, New York

                                                                          Vernon S. Broderick
                                                                         United States District Judge