UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD PEREZ,

                              Plaintiff,                            **24 Civ. No. 0705 (VSB)**

      -against-                                      **PRE-SETTLEMENT
                                                                        CONFERENCE ORDER**

UNITED PARCEL SERVICE, INC. and
KERITH RASHFORD,

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, March 27, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 823 616 776#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       SO ORDERED.

DATED:     New York, New York
                 March 17, 2025

                                                        _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge