UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                     :
EDWARD PEREZ,                                 :
                                                                     :
                                            Plaintiff,     :
                                                                     :                     24-CV-705 (VSB)
                       -against-                               :
                                                                     :                              **ORDER**
UNITED PARCEL SERVICE, INC. and     :
KERITH RASHFORD,                        :
                                                                     :
                                              Defendants.   :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On March 20, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to submit a joint letter, updating the Court on the status of settlement discussions, within one week of the parties' next settlement conference in front of Magistrate Judge Stein.

SO ORDERED.

Dated:      March 20, 2024
                New York, New York

                                                                             Vernon S. Broderick
                                                                             United States District Judge